**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 14-38499
§
JESUS M SIERRA §
MIRIAN M SIERRA §
§
Debtors §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/23/2014. The undersigned trustee was appointed on 10/23/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $10,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $164.76 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $9,835.24 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/01/2015 and the deadline for filing government claims was 05/01/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $8.38, for total expenses of $8.38.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/28/2016                By:  /s/ David P. Leibowitz
                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-38499-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SIERRA, JESUS M AND SIERRA, MIRIAN M | Date Filed (f) or Converted (c): | 10/23/2014 (f) |
| For the Period Ending: | 2/28/2016 | §341(a) Meeting Date: | 12/08/2014 |
| | | Claims Bar Date: | 05/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1614 North Hamlin, Chicago, IL 2 Flat In Foreclosure Rental Property | $18,000.00 | $0.00 | | $0.00 | FA |
| 2 | 3756-58 West North Avenue Chicago, Illinois 60647 Mix use Building Store and apartments | $335,000.00 | $0.00 | | $0.00 | FA |
| 3 | 3808-10 West North Avenue Chicago, Illinois 60647 Commercial Building | $350,000.00 | $36,650.00 | | $0.00 | FA |
| 4 | 3804 West North Avenue Chicago, Illinois 60647 Mixed Use Building | $30,000.00 | $14,000.00 | | $0.00 | FA |
| 5 | Time Share - Orange Lake Resorts 8505 West Irlo Bronson Memorial Highway Kissimmee, Fl. 34747 | Unknown | $0.00 | | $0.00 | FA |
| 6 | USA Bank Business Savings Account ...4288 | $4,600.00 | $0.00 | | $0.00 | FA |
| 7 | U.S. Bank Business Checking Account ...0696 | $600.00 | $0.00 | | $0.00 | FA |
| 8 | Refrigerator, Gas Stove, Microwave oven, Dinning Room Set, Kitchen Table and Chairs, Living Room Set, T.V. set, Bed and Dresser, third bed and dresser, Matrimonial bed room set, Washing and Drying machine. | $2,405.00 | $1,605.00 | | $0.00 | FA |
| 9 | Debtor's Clothes | Unknown | $0.00 | | $0.00 | FA |
| 10 | Joint Debtor's Clothes | Unknown | $0.00 | | $0.00 | FA |

**FORM 1**

Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No.: | 14-38499-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SIERRA, JESUS M AND SIERRA, MIRIAN M | Date Filed (f) or Converted (c): | 10/23/2014 (f) |
| For the Period Ending: | 2/28/2016 | §341(a) Meeting Date: | 12/08/2014 |
| | | Claims Bar Date: | 05/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 11  Sierra & Sons Enterprises, Inc. (Not in good standing) Equipment & Inventory - *Old or Defective Equipment Not in use and Kept for parts $900.00 (Steam table missing some parts, 2 deep fryers with missing controls, upright two door cooler that needs work, falt grill in need of repairs, slicer with motor missing Barbeque Grill, Old model cooler, one small freezer, old deep fryiier, 150K BTU Stove, one stainless steel table) **Equipment in use in at 3808-10 at Sabor Latino Restaurant $5,280.00 (One 36 inch, six burner oven and stove, White chest 3 ft. fryer, upright 2 door "reach-in" refrigerator, five foot flat grill, two deep fryers, one five foot deli case, one seven foot hot box, seventeent wooden tables, 68 wooden chairs, one seven foot preparation table, one upright commercial cooler, one jet spray juice machine, two stainless steel tables, one three pot coffee maker, six foot steam table, bakery oven, one seven foot wooden block table, one seven foot wood table) | $6,180.00 | $10,000.00 | | $10,000.00 | FA |
| 12  2005 VW Jetta 4 Door with 157,000 miles | $1,200.00 | $1,200.00 | | $0.00 | FA |
| 13  Commercial Food Vendor Trailer - 1984 Pacer Trailer | $3,500.00 | $2,500.00 | | $0.00 | FA |
| 14  1997 Mitsubishi FUSO Refrigerated Truck 175,000 miles | $1,200.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

| | $752,685.00 | $65,955.00 | | $10,000.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

Case 14-38499 Doc 43 Filed 03/25/16 Entered 03/25/16 12:01:53 Desc Main
Document Page 5 of 14

FORM 1

Page No: 3

Exhibit A

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 14-38499-DLT | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SIERRA, JESUS M AND SIERRA, MIRIAN M | | Date Filed (f) or Converted (c): | 10/23/2014 (f) |
| For the Period Ending: | 2/28/2016 | | §341(a) Meeting Date: | 12/08/2014 |
| | | | Claims Bar Date: | 05/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 06/30/2015 | Asset |
| | Equipment at Sierra & Sons Enterprises |
| | 3804 West North Avenue, Chicago, Illinois. Value at $30,000.00. Lien $16,000.00 |
| 05/20/2015 | Sent email to Noah to value 3804 West North Avenue, Chicago, Illinois. Value at $30,000.00. Lien $16,000.00. No exemptions claimed. |
| | |
| | No value in other properties |
| 02/25/2015 | Review Claims and Prepare TFR |
| 02/16/2015 | Valuation of real estate |
| | If value, file 549, get title and broker |
| | If no value, let's abandon |
| 02/16/2015 | FILE MOTION TO EMPLOY |
| 01/05/2015 | 1614 North Hamlin, Chicago, IL |
| | 2 Flat |
| | In Foreclosure |
| | Rental Property |
| | Fee simple |
| | $225-$275k |
| | |
| | 3756-58 West North Avenue |
| | Chicago, Illinois 60647 |
| | Mix use Building |
| | Store and apartments |
| | $200k-$260k |
| | |
| | 3808-10 West North Avenue |
| | Chicago, Illinois 60647 |
| | Commercial Building |
| | $100k-$140k |
| | |
| | Joint tenant |
| | 3804 West North Avenue |
| | Chicago, Illinois 60647 |
| | $120k-$160k |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/01/2016 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-38499-DLT | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SIERRA, JESUS M AND SIERRA, MIRIAN M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9274 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | **-***9275 | | Account Title: | |
| For Period Beginning: | 10/23/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/28/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/04/2015 | (11) | Jesus Sierra | Settlement Payment for Sabor Latino Restaurant | 1129-000 | $5,000.00 | | $5,000.00 |
| 02/25/2015 | (11) | Jesus & Mirian Sierra | Settlement Payment for Sabor Latino Restaurant | 1129-000 | $5,000.00 | | $10,000.00 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.28 | $9,992.72 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.60 | $9,977.12 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.58 | $9,961.54 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.07 | $9,945.47 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.53 | $9,929.94 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $17.05 | $9,912.89 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.96 | $9,897.93 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.45 | $9,882.48 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.46 | $9,866.02 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.89 | $9,851.13 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.89 | $9,835.24 |
| | | | **TOTALS:** | | $10,000.00 | $164.76 | $9,835.24 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,000.00 | $164.76 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $10,000.00 | $164.76 | |

| For the period of 10/23/2014 to 2/28/2016 | | For the entire history of the account between 02/04/2015 to 2/28/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $164.76 | Total Compensable Disbursements: | $164.76 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $164.76 | Total Comp/Non Comp Disbursements: | $164.76 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit B

| Case No. | 14-38499-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SIERRA, JESUS M AND SIERRA, MIRIAN M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9274 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | **-***9275 | Account Title: | |
| For Period Beginning: | 10/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/28/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $10,000.00 | $164.76 | $9,835.24 |

| For the period of 10/23/2014 to 2/28/2016 | | For the entire history of the case between 10/23/2014 to 2/28/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $164.76 | Total Compensable Disbursements: | $164.76 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $164.76 | Total Comp/Non Comp Disbursements: | $164.76 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 14-38499-DLT | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | SIERRA, JESUS M AND SIERRA, MIRIAN M | | **Date:** | 2/28/2016 |
| **Claims Bar Date:** | 05/01/2015 | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $21.07 | $0.00 | $0.00 | $0.00 | $21.07 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,282.50 | $0.00 | $0.00 | $0.00 | $2,282.50 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $8.38 | $0.00 | $0.00 | $0.00 | $8.38 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |
| 1 | ATLAS ACQUISITIONS LLC (US CELLULAR)<br>294 Union St.<br>Hackensack NJ 07601 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $91.78 | $0.00 | $0.00 | $0.00 | $91.78 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br><br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City OK 73124-8866 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $392.96 | $0.00 | $0.00 | $0.00 | $392.96 |
| 3 | LAKESHORE ANESTHESIA LTD.<br><br>c/o Certified Services Inc.<br>Po Box 177<br>Waukegan IL 60079 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $926.60 | $0.00 | $0.00 | $0.00 | $926.60 |
| 4 | FORD MOTOR CREDIT COMPANY LLC<br>c/o Blitt and Gaines<br>661 Glenn Ave<br>Wheeling IL 60090 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $16,786.88 | $0.00 | $0.00 | $0.00 | $16,786.88 |

**Claim Notes:** (4-1) RETAIL INSTALLMENT CONTRACT DEFICIENCY BALANCE-2001 LINCOLN NAVIGATOR

| Case No.: | 14-38499-DLT | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | SIERRA, JESUS M AND SIERRA, MIRIAN M | | | | | | | | Date: 2/28/2016 |
| Claims Bar Date: | 05/01/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR  First Data Global Leasing  PO Box 248838  Oklahoma City OK 73124-8838 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $129.31 | $0.00 | $0.00 | $0.00 | $129.31 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR  T Mobile/T-Mobile USA Inc  PO Box 248848  Oklahoma City OK 73124-8848 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $843.45 | $0.00 | $0.00 | $0.00 | $843.45 |
| 7 | AMERICAN EXPRESS BANK, FSB  c o Becket and Lee LLP  POB 3001  Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $804.97 | $0.00 | $0.00 | $0.00 | $804.97 |

**Claim Notes:**   (7-1) CREDIT CARD DEBT

| 8 | AMERICAN EXPRESS BANK, FSB  c o Becket and Lee LLP  POB 3001  Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $937.94 | $0.00 | $0.00 | $0.00 | $937.94 |

**Claim Notes:**   (8-1) CREDIT CARD DEBT

| 9 | ILLINOIS DEPARTMENT OF REVENUE  Bankruptcy Section  PO Box 64338  Chicago IL 60664-0338 | Claims of Governmental Units | Allowed | 5800-000 | $38,954.11 | $0.00 | $0.00 | $0.00 | $38,954.11 |

**Claim Notes:**   (9-1) IL Sales Tax Sabor Latina

| 9a | ILLINOIS DEPARTMENT OF REVENUE  Bankruptcy Section  PO Box 64338  Chicago IL 60664-0338 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $7,133.64 | $0.00 | $0.00 | $0.00 | $7,133.64 |

**Claim Notes:**   (9-1) IL Sales Tax Sabor Latina

| 10 | ILLINOIS DEPARTMENT OF REVENUE  Bankruptcy Section  PO Box 64338  Chicago IL 60664-0338 | Claims of Governmental Units | Allowed | 5800-000 | $443.11 | $0.00 | $0.00 | $0.00 | $443.11 |

**Claim Notes:**   (10-1) IL Withholding Tax Sabor Latina

| Case No. | 14-38499-DLT | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | SIERRA, JESUS M AND SIERRA, MIRIAN M | | | | | | | | Date: | 2/28/2016 |

**Claims Bar Date:** 05/01/2015

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10a | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $81.29 | $0.00 | $0.00 | $0.00 | $81.29 |

**Claim Notes:** (10-1) IL Withholding Tax Sabor Latina

| 11 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | Claims of Governmental Units | Allowed | 5800-000 | $548.02 | $0.00 | $0.00 | $0.00 | $548.02 |

**Claim Notes:** (11-1) IL Income Tax 2012

| 11a | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $94.20 | $0.00 | $0.00 | $0.00 | $94.20 |

**Claim Notes:** (11-1) IL Income Tax 2012

| | | | | | $72,230.21 | $0.00 | $0.00 | $0.00 | $72,230.21 |

| Case No. | 14-38499-DLT | | Trustee Name: David Leibowitz |
| Case Name: | SIERRA, JESUS M AND SIERRA, MIRIAN M | | Date: 2/28/2016 |
| Claims Bar Date: | 05/01/2015 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $21.07 | $21.07 | $0.00 | $0.00 | $0.00 | $21.07 |
| Attorney for Trustee Fees (Trustee Firm) | $2,282.50 | $2,282.50 | $0.00 | $0.00 | $0.00 | $2,282.50 |
| Claims of Governmental Units | $39,945.24 | $39,945.24 | $0.00 | $0.00 | $0.00 | $39,945.24 |
| Fines, Penalties § 726(a)(4) | $7,309.13 | $7,309.13 | $0.00 | $0.00 | $0.00 | $7,309.13 |
| General Unsecured § 726(a)(2) | $18,778.02 | $18,778.02 | $0.00 | $0.00 | $0.00 | $18,778.02 |
| Payments to Unsecured Credit Card Holders | $2,135.87 | $2,135.87 | $0.00 | $0.00 | $0.00 | $2,135.87 |
| Trustee Compensation | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |
| Trustee Expenses | $8.38 | $8.38 | $0.00 | $0.00 | $0.00 | $8.38 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      14-38499
Case Name:     JESUS M SIERRA
               MIRIAN M SIERRA
Trustee Name:  David P. Leibowitz

Balance on hand: $9,835.24

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $9,835.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| David P. Leibowitz, Trustee Fees | $1,750.00 | $0.00 | $1,750.00 |
| David P. Leibowitz, Trustee Expenses | $8.38 | $0.00 | $8.38 |
| Lakelaw, Attorney for Trustee Fees | $2,282.50 | $0.00 | $2,282.50 |
| Lakelaw, Attorney for Trustee Expenses | $21.07 | $0.00 | $21.07 |

Total to be paid for chapter 7 administrative expenses: $4,061.95
Remaining balance: $5,773.29

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $5,773.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $39,945.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to | Proposed Payment |
| --- | --- | ---: | ---: | ---: |

|   |   |   | Date |   |
|---|---|---:|---:|---:|
| 9 | Illinois Department of Revenue | $38,954.11 | $0.00 | $5,630.04 |
| 10 | Illinois Department of Revenue | $443.11 | $0.00 | $64.04 |
| 11 | Illinois Department of Revenue | $548.02 | $0.00 | $79.21 |

Total to be paid to priority claims: $5,773.29
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,913.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Atlas Acquisitions LLC (Us Cellular) | $91.78 | $0.00 | $0.00 |
| 2 | American InfoSource LP as agent for | $392.96 | $0.00 | $0.00 |
| 3 | Lakeshore Anesthesia Ltd. | $926.60 | $0.00 | $0.00 |
| 4 | FORD MOTOR CREDIT COMPANY LLC | $16,786.88 | $0.00 | $0.00 |
| 5 | American InfoSource LP as agent for | $129.31 | $0.00 | $0.00 |
| 6 | American InfoSource LP as agent for | $843.45 | $0.00 | $0.00 |
| 7 | American Express Bank, FSB | $804.97 | $0.00 | $0.00 |
| 8 | American Express Bank, FSB | $937.94 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

**UST Form 101-7-TFR (5/1/2011)**

|  | Remaining balance: | $0.00 |
|---|---|---|

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $7,309.13 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 9a | Illinois Department of Revenue | $7,133.64 | $0.00 | $0.00 |
| 10a | Illinois Department of Revenue | $81.29 | $0.00 | $0.00 |
| 11a | Illinois Department of Revenue | $94.20 | $0.00 | $0.00 |

|  | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**