# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                §       Case No. 14-38499
                                      §
JESUS M SIERRA                        §
MIRIAN M SIERRA                       §
                                      §
                                      §
           Debtor(s)                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 04/26/2016, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/25/2016                  By:  /s/ David P. Leibowitz
                                               Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38499 |
| | § | |
| JESUS M SIERRA | § | |
| MIRIAN M SIERRA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $10,000.00
*and approved disbursements of* $164.76
*leaving a balance on hand of[1] :* $9,835.24

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $9,835.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,750.00 | $0.00 | $1,750.00 |
| David P. Leibowitz, Trustee Expenses | $8.38 | $0.00 | $8.38 |
| Lakelaw, Attorney for Trustee Fees | $2,282.50 | $0.00 | $2,282.50 |
| Lakelaw, Attorney for Trustee Expenses | $21.07 | $0.00 | $21.07 |

Total to be paid for chapter 7 administrative expenses: $4,061.95
Remaining balance: $5,773.29

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $5,773.29 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $39,945.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Illinois Department of Revenue | $38,954.11 | $0.00 | $5,630.04 |
| 10 | Illinois Department of Revenue | $443.11 | $0.00 | $64.04 |
| 11 | Illinois Department of Revenue | $548.02 | $0.00 | $79.21 |

|  | Total to be paid to priority claims: | $5,773.29 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,913.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC  (Us Cellular) | $91.78 | $0.00 | $0.00 |
| 2 | American InfoSource LP as agent for | $392.96 | $0.00 | $0.00 |
| 3 | Lakeshore Anesthesia Ltd. | $926.60 | $0.00 | $0.00 |
| 4 | FORD MOTOR CREDIT COMPANY LLC | $16,786.88 | $0.00 | $0.00 |
| 5 | American InfoSource LP as agent for | $129.31 | $0.00 | $0.00 |
| 6 | American InfoSource LP as agent for | $843.45 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 7 | American Express Bank, FSB | $804.97 | $0.00 | $0.00 |
| 8 | American Express Bank, FSB | $937.94 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $7,309.13 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 9a | Illinois Department of Revenue | $7,133.64 | $0.00 | $0.00 |
| 10a | Illinois Department of Revenue | $81.29 | $0.00 | $0.00 |
| 11a | Illinois Department of Revenue | $94.20 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz

**UST Form 101-7-NFR (10/1/2010)**

53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Jesus M Sierra
Mirian M Sierra
    Debtors

Case No. 14-38499-DLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dofford     Page 1 of 1     Date Rcvd: Apr 20, 2016
                 Form ID: pdf006    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2016.
```
db/jdb         +Jesus M Sierra,    Mirian M Sierra,    1620 North Hamlin,    Chicago, IL 60647-4608
aty            +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
23156959        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22884444       +Atlas Acquisitions LLC  (Us Cellular),    294 Union St.,    Hackensack, NJ 07601-4303
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23156745        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 21 2016 01:23:30
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
23039628        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 21 2016 01:23:42
                 American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
22886209        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 21 2016 01:23:30
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK   73124-8866
22955262       +E-mail/Text: mmeyers@blittandgaines.com Apr 21 2016 01:18:13      FORD MOTOR CREDIT COMPANY LLC,
                 c/o Blitt and Gaines,    661 Glenn Ave,    Wheeling, IL 60090-6017
23176002        E-mail/Text: rev.bankruptcy@illinois.gov Apr 21 2016 01:16:47
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
22905883       +E-mail/Text: contact@csicollects.com Apr 21 2016 01:18:36       Lakeshore Anesthesia Ltd.,
                 c/o Certified Services Inc.,    Po Box 177,    Waukegan, IL 60079-0177
                                                                                               TOTAL: 6
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
23156960*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2016                                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2016 at the address(es) listed below:
```
              David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Glenn  Betancourt    on behalf of Debtor 1 Jesus M Sierra courtburg1@comcast.net
              Glenn  Betancourt    on behalf of Debtor 2 Mirian M Sierra courtburg1@comcast.net
              Holly L Carto    on behalf of Creditor   North Community Bank hcarto@llflegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ross T Brand    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in trust
               for the registered holders of Morgan Stanley Home Equity Loan Trust 2007-2, Mortgage
               Pass-Through Certificates, Series 2007-2 rbrand@klueverplatt.com,  bknotice@klueverplatt.com
                                                                                               TOTAL: 7
```