**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38499 |
| | § | |
| JESUS M SIERRA | § | |
| MIRIAN M SIERRA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $738,305.00 | Assets Exempt: | $9,200.00 |
| Total Distributions to Claimants: | $5,773.29 | Claims Discharged Without Payment: | $452,619.27 |
| Total Expenses of Administration: | $4,226.71 | | |

3) Total gross receipts of $10,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,594,453.21 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,226.71 | $4,226.71 | $4,226.71 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $59,374.93 | $39,945.24 | $39,945.24 | $5,773.29 |
| General Unsecured Claims (from **Exhibit 7**) | $453,044.23 | $28,223.02 | $28,223.02 | $0.00 |
| **Total Disbursements** | $2,106,872.37 | $72,394.97 | $72,394.97 | $10,000.00 |

4). This case was originally filed under chapter 7 on 10/23/2014. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/26/2016            By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Sierra & Sons Enterprises, Inc. (Not in good standing) Equipment & Inventory - *Old or Defective Equipment Not in use an | 1129-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $10,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer | 4110-000 | $16,000.00 | $0.00 | $0.00 | $0.00 |
| | North Community Bank | 4110-000 | $337,788.00 | $0.00 | $0.00 | $0.00 |
| | North Community Bank | 4110-000 | $44,350.00 | $0.00 | $0.00 | $0.00 |
| | North Community Bank | 4110-000 | $100,685.00 | $0.00 | $0.00 | $0.00 |
| | North Community Bank | 4110-000 | $269,000.00 | $0.00 | $0.00 | $0.00 |
| | North Community Bank | 4110-000 | $44,350.00 | $0.00 | $0.00 | $0.00 |
| | North Community Bank | 4110-000 | $269,000.00 | $0.00 | $0.00 | $0.00 |
| | North Community Bank | 4110-000 | $44,350.00 | $0.00 | $0.00 | $0.00 |
| | Orange Lake Capital Management | 4110-000 | $2,930.21 | $0.00 | $0.00 | $0.00 |
| | Select Portfolio Servicing | 4110-000 | $466,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,594,453.21 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2200-000 | NA | $8.38 | $8.38 | $8.38 |
| Green Bank | 2600-000 | NA | $164.76 | $164.76 | $164.76 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,282.50 | $2,282.50 | $2,282.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $21.07 | $21.07 | $21.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,226.71 | $4,226.71 | $4,226.71 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Illinois Department of Revenue | 5800-000 | $52,674.93 | $38,954.11 | $38,954.11 | $5,630.04 |
| 10 | Illinois Department of Revenue | 5800-000 | $0.00 | $443.11 | $443.11 | $64.04 |
| 11 | Illinois Department of Revenue | 5800-000 | $0.00 | $548.02 | $548.02 | $79.21 |
| | Illinois Department of Revenue | 5800-000 | $6,700.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $59,374.93 | $39,945.24 | $39,945.24 | $5,773.29 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Us Cellular) | 7100-000 | $0.00 | $91.78 | $91.78 | $0.00 |
| 2 | American InfoSource LP as agent for | 7100-900 | $392.00 | $392.96 | $392.96 | $0.00 |
| 3 | Lakeshore Anesthesia Ltd. | 7100-000 | $927.00 | $926.60 | $926.60 | $0.00 |
| 4 | FORD MOTOR CREDIT COMPANY LLC | 7100-000 | $14,589.00 | $16,786.88 | $16,786.88 | $0.00 |
| 5 | American InfoSource LP as agent for | 7100-000 | $0.00 | $129.31 | $129.31 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | American InfoSource LP as agent for | 7100-000 | $0.00 | $843.45 | $843.45 | $0.00 |
| 7 | American Express Bank, FSB | 7100-900 | $0.00 | $804.97 | $804.97 | $0.00 |
| 8 | American Express Bank, FSB | 7100-900 | $937.00 | $937.94 | $937.94 | $0.00 |
| 9a | Illinois Department of Revenue | 7300-000 | $52,674.93 | $7,133.64 | $7,133.64 | $0.00 |
| 10a | Illinois Department of Revenue | 7300-000 | $0.00 | $81.29 | $81.29 | $0.00 |
| 11a | Illinois Department of Revenue | 7300-000 | $0.00 | $94.20 | $94.20 | $0.00 |
| | Ars Inc | 7100-000 | $115.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 7100-000 | $19.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago EMS - Dpt. of Fin. | 7100-000 | $277.25 | $0.00 | $0.00 | $0.00 |
| | Codilis & Assoc., P.C. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Empire Cooler Service, Inc. | 7100-000 | $1,635.80 | $0.00 | $0.00 | $0.00 |
| | Med Business Bureau | 7100-000 | $60.00 | $0.00 | $0.00 | $0.00 |
| | Midwest Emergency Group | 7100-000 | $1,180.00 | $0.00 | $0.00 | $0.00 |
| | Noonan & Lieberman, LTD. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Norwegian American Hospital | 7100-000 | $999.20 | $0.00 | $0.00 | $0.00 |
| | PennCredit | 7100-000 | $287.00 | $0.00 | $0.00 | $0.00 |
| | PennCredit | 7100-000 | $4,373.00 | $0.00 | $0.00 | $0.00 |
| | PennCredit | 7100-000 | $60,367.00 | $0.00 | $0.00 | $0.00 |
| | Phillips & Cohen Assoc., Ltd. | 7100-000 | $912.27 | $0.00 | $0.00 | $0.00 |
| | Saints Mary and Elizabeth Med. Ctr. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sergio Diaz | 7100-000 | $300,000.00 | $0.00 | $0.00 | $0.00 |
| | Sysco Food Srvcs. - Chicago, Inc. | 7100-000 | $13,298.78 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $453,044.23 | $28,223.02 | $28,223.02 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-38499-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SIERRA, JESUS M AND SIERRA, MIRIAN M | Date Filed (f) or Converted (c): | 10/23/2014 (f) |
| For the Period Ending: | 6/26/2016 | §341(a) Meeting Date: | 12/08/2014 |
| | | Claims Bar Date: | 05/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1614 North Hamlin, Chicago, IL 2 Flat In Foreclosure Rental Property | $18,000.00 | $0.00 | | $0.00 | FA |
| 2  3756-58 West North Avenue Chicago, Illinois 60647 Mix use Building Store and apartments | $335,000.00 | $0.00 | | $0.00 | FA |
| 3  3808-10 West North Avenue Chicago, Illinois 60647 Commercial Building | $350,000.00 | $36,650.00 | | $0.00 | FA |
| 4  3804 West North Avenue Chicago, Illinois 60647 Mixed Use Building | $30,000.00 | $14,000.00 | | $0.00 | FA |
| 5  Time Share - Orange Lake Resorts 8505 West Irlo Bronson Memorial Highway Kissimmee, Fl. 34747 | Unknown | $0.00 | | $0.00 | FA |
| 6  USA Bank Business Savings Account ...4288 | $4,600.00 | $0.00 | | $0.00 | FA |
| 7  U.S. Bank Business Checking Account ...0696 | $600.00 | $0.00 | | $0.00 | FA |
| 8  Refrigerator, Gas Stove, Microwave oven, Dinning Room Set, Kitchen Table and Chairs, Living Room Set, T.V. set, Bed and Dresser, third bed and dresser, Matrimonial bed room set, Washing and Drying machine. | $2,405.00 | $1,605.00 | | $0.00 | FA |
| 9  Debtor's Clothes | Unknown | $0.00 | | $0.00 | FA |
| 10  Joint Debtor's Clothes | Unknown | $0.00 | | $0.00 | FA |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 14-38499-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SIERRA, JESUS M AND SIERRA, MIRIAN M | Date Filed (f) or Converted (c): | 10/23/2014 (f) |
| For the Period Ending: | 6/26/2016 | §341(a) Meeting Date: | 12/08/2014 |
| | | Claims Bar Date: | 05/01/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 11 | Sierra & Sons Enterprises, Inc. (Not in good standing) Equipment & Inventory - *Old or Defective Equipment Not in use and Kept for parts $900.00 (Steam table missing some parts, 2 deep fryers with missing controls, upright two door cooler that needs work, falt grill in need of repairs, slicer with motor missing Barbeque Grill, Old model cooler, one small freezer, old deep fryiier, 150K BTU Stove, one stainless steel table) **Equipment in use in at 3808-10 at Sabor Latino Restaurant $5,280.00 (One 36 inch, six burner oven and stove, White chest 3 ft. fryer, upright 2 door "reach-in" refrigerator, five foot flat grill, two deep fryers, one five foot deli case, one seven foot hot box, seventeent wooden tables, 68 wooden chairs, one seven foot preparation table, one upright commercial cooler, one jet spray juice machine, two stainless steel tables, one three pot coffee maker, six foot steam table, bakery oven, one seven foot wooden block table, one seven foot wood table) | $6,180.00 | $10,000.00 | | $10,000.00 | FA |
| 12 | 2005 VW Jetta 4 Door with 157,000 miles | $1,200.00 | $1,200.00 | | $0.00 | FA |
| 13 | Commercial Food Vendor Trailer - 1984 Pacer Trailer | $3,500.00 | $2,500.00 | | $0.00 | FA |
| 14 | 1997 Mitsubishi FUSO Refrigerated Truck 175,000 miles | $1,200.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | $752,685.00 | $65,955.00 | | $10,000.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
03/24/2016  TFR Submitted 2/5/2016

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 14-38499-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SIERRA, JESUS M AND SIERRA, MIRIAN M | Date Filed (f) or Converted (c): | 10/23/2014 (f) |
| For the Period Ending: | 6/26/2016 | §341(a) Meeting Date: | 12/08/2014 |
| | | Claims Bar Date: | 05/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | |
|---|---|
| 06/30/2015 | Asset |
| | Equipment at Sierra & Sons Enterprises |
| | 3804 West North Avenue, Chicago, Illinois. Value at $30,000.00. Lien $16,000.00 |
| 05/20/2015 | Sent email to Noah to value 3804 West North Avenue, Chicago, Illinois. Value at $30,000.00. Lien $16,000.00. No exemptions claimed. |
| | |
| | No value in other properties |
| 02/25/2015 | Review Claims and Prepare TFR |
| 02/16/2015 | Valuation of real estate |
| | If value, file 549, get title and broker |
| | If no value, let's abandon |
| 02/16/2015 | FILE MOTION TO EMPLOY |
| 01/05/2015 | 1614 North Hamlin, Chicago, IL |
| | 2 Flat |
| | In Foreclosure |
| | Rental Property |
| | Fee simple |
| | $225-$275k |
| | |
| | 3756-58 West North Avenue |
| | Chicago, Illinois 60647 |
| | Mix use Building |
| | Store and apartments |
| | $200k-$260k |
| | |
| | 3808-10 West North Avenue |
| | Chicago, Illinois 60647 |
| | Commercial Building |
| | $100k-$140k |
| | |
| | Joint tenant |
| | 3804 West North Avenue |
| | Chicago, Illinois 60647 |
| | $120k-$160k |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/01/2016 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 02/05/2016 | DAVID LEIBOWITZ | |

**FORM 2**

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 14-38499-DLT | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | SIERRA, JESUS M AND SIERRA, MIRIAN M | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9274 | | **Checking Acct #:** | ******9901 |
| **Co-Debtor Taxpayer ID #:** | **-***9275 | | **Account Title:** | |
| **For Period Beginning:** | 10/23/2014 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 6/26/2016 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/04/2015 | (11) | Jesus Sierra | Settlement Payment for Sabor Latino Restaurant | 1129-000 | $5,000.00 | | $5,000.00 |
| 02/25/2015 | (11) | Jesus & Mirian Sierra | Settlement Payment for Sabor Latino Restaurant | 1129-000 | $5,000.00 | | $10,000.00 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.28 | $9,992.72 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.60 | $9,977.12 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.58 | $9,961.54 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.07 | $9,945.47 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.53 | $9,929.94 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $17.05 | $9,912.89 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.96 | $9,897.93 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.45 | $9,882.48 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.46 | $9,866.02 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.89 | $9,851.13 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.89 | $9,835.24 |
| 04/28/2016 | 3001 | Lakelaw | Amount Claimed: 21.07; Distribution Dividend: 100.00; Claim #: ; Dividend: 0.21; Amount Allowed: 21.07; Notes: ; | 3120-000 | | $21.07 | $9,814.17 |
| 04/28/2016 | 3002 | Lakelaw | Amount Claimed: 2,282.50; Distribution Dividend: 100.00; Claim #: ; Dividend: 23.20; Amount Allowed: 2,282.50; Notes: ; | 3110-000 | | $2,282.50 | $7,531.67 |
| 04/28/2016 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,750.00 | $5,781.67 |
| 04/28/2016 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $8.38 | $5,773.29 |
| 04/28/2016 | 3005 | Illinois Department of Revenue | Amount Claimed: 38,954.11; Distribution Dividend: 14.45; Claim #: 9; Dividend: 57.24; Amount Allowed: 38,954.11; Notes: (9-1) IL Sales Tax Sabor Latina; | 5800-000 | | $5,630.04 | $143.25 |
| 04/28/2016 | 3006 | Illinois Department of Revenue | Amount Claimed: 443.11; Distribution Dividend: 14.45; Claim #: 10; Dividend: 0.65; Amount Allowed: 443.11; Notes: (10-1) IL Withholding Tax Sabor Latina; | 5800-000 | | $64.04 | $79.21 |
| 04/28/2016 | 3007 | Illinois Department of Revenue | Amount Claimed: 548.02; Distribution Dividend: 14.45; Claim #: 11; Dividend: 0.80; Amount Allowed: 548.02; Notes: (11-1) IL Income Tax 2012; | 5800-000 | | $79.21 | $0.00 |

**SUBTOTALS** $10,000.00 $10,000.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-38499-DLT | |
| **Case Name:** | SIERRA, JESUS M AND SIERRA, MIRIAN M | |
| **Primary Taxpayer ID #:** | **-***9274 | |
| **Co-Debtor Taxpayer ID #:** | **-***9275 | |
| **For Period Beginning:** | 10/23/2014 | |
| **For Period Ending:** | 6/26/2016 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******9901 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $10,000.00 | $10,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,000.00 | $10,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $10,000.00 | $10,000.00 | |

**For the period of 10/23/2014 to 6/26/2016**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/04/2015 to 6/26/2016**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-38499-DLT | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SIERRA, JESUS M AND SIERRA, MIRIAN M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9274 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | **-***9275 | | Account Title: | |
| For Period Beginning: | 10/23/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $10,000.00 | $10,000.00 | $0.00 |

| For the period of 10/23/2014 to 6/26/2016 | | For the entire history of the case between 10/23/2014 to 6/26/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,000.00 | Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 | Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |